UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60258-RNS

LUIS SIERRA,

    Plaintiff,

vs.

CITY PUB, LLC d/b/a CITY PUB, and
LINCOLN PARK DELRAY, L.C.,

    Defendant(s).
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, LINCOLN PARK DELRAY, L.C.

Plaintiff, LUIS SIERRA and Defendant, LINCOLN PARK DELRAY, L.C., by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice as to Defendant, LINCOLN PARK DELRAY, L.C., with the Court to retain jurisdiction for enforcement purposes, as the parties have amicably settled this matter.

AGREED and STIPULATED on this 22nd day of February, 2017.

| | |
|---|---|
| The Advocacy Group | Wayne Kaplan, P.A. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 333 Las Olas Way CU3, Suite 311 | 6501 Congress Ave, Suite 100 |
| Fort Lauderdale, FL 33301 | Boca Raton, FL 33487-2840 |
| Telephone: (954) 282-1858 | Telephone: (561) 395-1700 |
| Facsimile: (844)786-3694 | Facsimile: (561)395-1777 |
|   /s/ Jessica L. Kerr |  /s/ Wayne Kaplan |
| Jessica L. Kerr, Esq. | Wayne Kaplan, Esq. |
| Bar No. 92810 | Bar No. 351040 |
|   /s/ Jaci R. Mattocks | |
| JACI R. MATTOCKS | |
| Bar No. 115765 | |

*[Certificate of Service to follow on next page.]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

By: */s/ Jessica L. Kerr*_____
Jessica L. Kerr, Esquire
Florida Bar No. 92810