UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60258

LUIS SIERRA,

    Plaintiff,

vs.

CITY PUB, LLC d/b/a CITY PUB,
and LINCOLN PARK DELRAY, L.C.,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT, CITY PUB, LLC d/b/a CITY PUB, WITHOUT PREJUDICE

Plaintiff, LUIS SIERRA, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the above referenced Defendant, CITY PUB, LLC d/b/a CITY PUB, without prejudice.

    */s/ Jessica L. Kerr*
    Jessica L. Kerr, Esquire
    Florida Bar No. 92810
    **THE ADVOCACY GROUP**
    333 Las Olas Way, CU3, Suite 311
    Fort Lauderdale, Florida 33301
    Telephone: (954) 282-1858
    Email: service@advocacypa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of March 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    */s/ Jessica L. Kerr*
    Jessica L. Kerr, Esq.
    Florida Bar No. 92810